**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff/Respondent,<br><br>vs.<br><br>Jesus Santacruz-Hernandez,<br><br>  Defendant/Movant. | CR  05-0514-PHX-SMM<br>CIV 06-1187-PHX-SMM (DKD)<br><br>**MEMORANDUM OF DECISION AND ORDER** |

Pending before the Court is Defendant's Petition for Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. (Dkt. 14)  The matter was referred to Magistrate Judge David K. Duncan for Report and Recommendation. On August 30, 2006, the Magistrate Judge filed a Report and Recommendation with this Court. (Dkt. 23) To date, no objections have been filed.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court

of conducting de novo review of the Magistrate Judge's factual findings. Orand v. United States, 602 F.2d 207 (9th Cir. 1979) (citing Campbell v. United States Dist. Court, 501 F.2d 196 (9th Cir. 1974)); see also Barilla v. Ervin, 886 F.2d 1514 (9th Cir. 1989) (overruled on other grounds). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Baxter, 923 F.2d at 1394; Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

## DISCUSSION

Having reviewed the Report and Recommendation of Magistrate Judge Duncan, and no objections having been made by Petitioner thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION AND ORDER

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge David K. Duncan. (Dkt 23 )

**IT IS FURTHER ORDERED** that Defendant's Motion to Vacate, Set Aside or Correct Sentence is **DENIED**, terminating this case.

DATED this 5th day of October, 2006.

_____
Stephen M. McNamee
United States District Judge